**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000056
22-AUG-2024
08:07 AM
Dkt. 86 SO**

CAAP-24-0000056, CAAP-24-0000135, CAAP-24-0000137, and
CAAP-24-0000138

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

### CAAP-24-0000056
RIANNE SANCHEZ, Petitioner-Appellee, v.
INDIRA LOPEZ-RUIZ, Respondent-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-23-0001380)

### CAAP-24-0000135
INDIRA LOPEZ-RUIZ, Petitioner-Appellant, v.
JOHN DOE, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-23-0001427)

### CAAP-24-0000137
INDIRA LOPEZ-RUIZ, Petitioner-Appellant, v.
RIANNE SANCHEZ, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-23-0001426)

and

### CAAP-24-0000138
INDIRA LOPEZ-RUIZ, Petitioner-Appellant, v.
SEAN W. CAUDLE-PERKINS, Respondent-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DSS-23-0001425)

<u>SUMMARY DISPOSITION ORDER</u>
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

This consolidated appeal stems from four proceedings in the Honolulu Division of the District Court of the First Circuit (**District Court**). In CAAP-24-0000056, Respondent-Appellant Indira Lopez-Ruiz (**Lopez-Ruiz**), appearing pro se, appeals from a January 17, 2024 Injunction Against Harassment entered by the District Court[1] against her and in favor of Petitioner-Appellee Rianne Sanchez (**Sanchez**). In CAAP-24-0000135, CAAP-24-0000137, and CAAP-24-0000138, Lopez-Ruiz, as Petitioner-Appellant, appeals from various requests for temporary restraining orders and/or other relief against Sanchez and others, all of which were denied by the District Court on various dates.[2]

Lopez-Ruiz filed an Opening Brief in each of these appeals, all of which we have carefully reviewed. However, Lopez-Ruiz's Opening Briefs do not comply with the Hawaiʻi Rules of Appellate Procedure (**HRAP**) in numerous and important ways. See HRAP Rules 28(b)(4), (7). We focus on the important infirmities because they hamper our review of her appeals. Lopez-Ruiz does not include any points of error or arguments that the District Court erred in its rulings. Lopez-Ruiz does not include any citations to the record in these cases, including where she contends that the District Court erred and where she raised her arguments or objections in the trial court. Lopez-Ruiz does not explain how the legal authorities that she recites

---

[1]    The Honorable Ronette M. Kawakami presided.

[2]    The Honorable Shellie K. Park-Hoapili presided.

support her contentions that she is entitled to relief from the District Court's rulings. Most fundamentally, Lopez-Ruiz makes no cogent argument that the District Court erred in any way in these cases.

Hawaiʻi courts have long adhered to the policy of affording litigants the opportunity to be heard on the merits whenever possible. <u>Morgan v. Plan. Dep't</u>, 104 Hawaiʻi 173, 180-81, 86 P.3d 982, 989-90 (2004) (quoting <u>O'Connor v. Diocese of Honolulu</u>, 77 Hawaiʻi 383, 386, 885 P.2d 361, 364 (1994)). In view of this longstanding policy, self-represented litigants like Lopez-Ruiz do not automatically have their access to appellate review foreclosed because of failure to conform to requirements of the procedural rules. <u>Id.</u> In that light, we have carefully reviewed Lopez-Ruiz's statements to the extent they can be discerned. We nevertheless conclude that no relief can be granted in these appeals.[3]

For these reasons, the District Court's orders entered in the proceedings underlying CAAP-24-0000056, CAAP-24-0000135, CAAP-24-0000137, and CAAP-24-0000138 are affirmed.

DATED: Honolulu, Hawaiʻi, August 22, 2024.

On the briefs:

Indira Lopez-Ruiz,
Plaintiff-Appellant *Pro Se.*

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

---

[3] We have reviewed the document filed by Lopez-Ruiz on August 14, 2024, and determined that no further action by this court is warranted.